UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joseph Guglielmo,

            Plaintiff,

   –v–

Silver Cross LLC,

            Defendant.

19-cv-11641 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In its Order dated May 26, 2020, the Court ordered that if Plaintiff intended to move for default judgment, he was required to do so by June 30, 2020. The Court further warned Plaintiff that failure to move for default judgment at that time could result in this case being dismissed for failure to prosecute.

    As of the date of this Order, Plaintiff has not moved for default judgment. If Plaintiff intends to move for default judgment, he must do so, pursuant to the Court's Individual Practices in Civil Cases, by July 31, 2020. The Court again warns Plaintiff that failure to so move by this time will result in this case being dismissed for failure to prosecute.

    SO ORDERED.

Dated: July 2, 2020
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge