UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2020
```

Joseph Guglielmo,

                Plaintiff,

–v–

Silver Cross LLC,

                Defendant.

19-cv-11641 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      On August 20, 2020, Plaintiff filed a motion for default judgment. Dkt. No. 17. Pursuant to Rule 3(L) of this Court's Individual Rules, Plaintiff was required to serve the motion for default judgment and supporting paperwork on Defendant and file an affidavit of service on the docket. As of the date of this Order, Plaintiff has not filed such an affidavit of service. Accordingly, the Court hereby ORDERS that Plaintiff file such an affidavit within one week of this Order.

      SO ORDERED.

Dated: October 20, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge