UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH GUGLIELMO, on behalf of himself and
all others similarly situated,
    Plaintiff,

v.                                          CASE NO.: 1:19-cv-11641
SILVER CROSS, LLC

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant, Silver Cross, LLC, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, Silver Cross, LLC, shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal without prejudice may be entered in the above entitled action pursuant hereto.

Dated: March 2, 2021                                  Respectfully Submitted,
                                                            */s/Mark Rozenberg*
                                                            Mark Rozenberg Esq.
                                                            **Stein Saks, PLLC**
                                                            285 Passaic Street
                                                            Hackensack, NJ 07601
                                                            mrozenberg@steinsakslegal.com
                                                            Tel. 201-282-6500
                                                            Fax 201-282-6501
                                                           *Attorneys for Plaintiff*

## Certificate of Service

  I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.  I also emailed this Notice to all parties who have not made an appearance in this case.

This 2nd  day of March, 2021    Respectfully Submitted,

                */s/ Mark Rozenberg*
                Mark Rozenberg